# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**JEFFREY E. LOVE,**

    **Petitioner,**

**vs.**

                                        **CASE NO. 3:08cv370-LC/WCS**

**WALTER McNEIL,**

    **Respondent.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 30, 2010. Doc. 22. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been made.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The § 2254 petition for writ of habeas corpus filed by Jeffrey E. Love, challenging his convictions for corruption by threat against a public servant, case number 01-4459, and carrying a concealed firearm and resisting arrest without violence, case number 01-4460, in the Circuit Court of the First Judicial Circuit, in and for Escambia County, Florida, is **DENIED WITH PREJUDICE** and the certificate of appealability **DENIED** pursuant to § 2254 Rule 11(a).

**DONE AND ORDERED** this 4th day of January, 2011.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge